ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -    :    INDICTMENT

DIONICIO ANTONIO ARIAS,    :    07 Cr.
    a/k/a "Yovanni Arias,"
    a/k/a "Jobani Arias,"
    a/k/a "Yobany Santana,"
    a/k/a "Albelo Santanta,"
    a/k/a "Abelo Santana,"
    a/k/a "Santo Araujo,"
    a/k/a "Leonardo Reimon,"

          Defendant.
- - - - - - - - - - - - - - - - - - x

**07 CRIM. 813**



U.S. DISTRICT COURT FILED AUG 29 2007 S.D. OF N.Y. W.P.

COUNT ONE

The Grand Jury charges:

On or about May 18, 2006, in the Southern District of New York and elsewhere, DIONICIO ANTONIO ARIAS, a/k/a "Yovanni Arias," a/k/a "Jobani Arias," a/k/a "Yobany Santana," a/k/a "Albelo Santanta," a/k/a "Abelo Santana," a/k/a "Santo Araujo," a/k/a "Leonardo Reimon," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about May 20, 1998, in Suffolk Superior Court, Massachusetts, for trafficking in heroin, in violation of Massachusetts Gen. Laws 94C, § 32E(b)(2), and without having

obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

/s/ Ingrid R. Gverci
FOREPERSON

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney