# GILLEECE AND GILLEECE
ATTORNEYS AT LAW
399 KNOLLWOOD ROAD • SUITE 207
WHITE PLAINS, NEW YORK 10603

KEVIN P. GILLEECE
ANNE GILLEECE

TELEPHONE:
(914) 761-0060

**By Hand**

December 3, 2007

Hon. Charles L. Brieant
United States District Judge
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: United States v. Dionicio Arias
    07 Cr.813 (CLB)

Dear Judge Brieant:

I was assigned to represent Dominicio Arias concerning an indictment charging him with the crime of illegal retry. Mr. Arias has pled guilty and his matter has been scheduled for sentence before your honor on January 31, 2008. I write to ask that I be relieved from the assignment and to ask that new counsel from the CJA panel be assigned to Mr. Arias.

The basis of my application is that I have accepted a position as an Executive Assistant District Attorney in the Rockland County District Attorney's Office effective January 1, 2008. It is important that I commence my new position on that date because the newly elected District Attorney Thomas Zugibe will take office that day and begin a new administration. It is important that I be available for the transition period.

Since I will not be able to continue to represent Mr. Arias, I respectfully ask that you relieve me of this assignment and assign new counsel to Mr. Arias. I am copying Dionicio Arias with this letter.

Thank you for your time and attention to this matter.

Yours truly,

Kevin P. Gilleece, Esq.

KPG:ms
cc: AUSA Brent S. Wible
    Dionicio Arias

*[Handwritten margin note: Application granted. So Ordered. Charles Brieant USDJ December 3, 2007]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___]*