ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

      -against-                                       :        07 Cr. 813 (CLB)(LMS)

DIONICIO ANTONIO ARIAS,                  :

                             Defendant.
                                                               :
------------------------------------------------------------x

Brieant, J.

### ORDER ACCEPTING PLEA ALLOCUTION

    The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated January 8, 2008, is approved and accepted.

    The Clerk of the Court is directed to enter the plea.

                                                                SO ORDERED.

Dated:    January 10, 2008
            White Plains, New York

                                                         _____
                                                         Charles L. Brieant
                                                        United States District Judge